**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEARS, | CASE NO.: 2:15-CV-00589-MCE-CMK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE; ANDY DUCH; JOHN KUHN; and DOES 1 through 100, inclusive, | Complaint Filed: 3/16/2015 |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MICHAEL SEARS and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN by and through their respective undersigned counsel, that the time for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN to respond to the Complaint, which was previously due April 8, 2015, shall be extended up to and including April 15, 2015.

DATED: April 1, 2015                MASTAGNI HOLSTEDT

                                    By   /s/ Grant A. Winter (As authorized 4/1/15)
                                         David P. Mastagni
                                         Phillip R. A. Mastagni
                                         Grant A. Winter
                                         Attorneys for Plaintiff MICHAEL SEARS


DATED: April 1, 2015                PORTER SCOTT
                                    A PROFESSIONAL CORPORATION

                                    By   /s/ Stephen E. Horan
                                         Stephen E. Horan
                                         William E. Camy
                                         Attorneys for Defendants
                                         COUNTY OF BUTTE, BUTTE COUNTY
                                         SHERIFF'S OFFICE, ANDY DUCH and
                                         JOHN KUHN

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**

Dated: April 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT