**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEARS, | CASE NO.: 2:15-cv-00589-MCE-CMK |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE; ANDY DUCH; JOHN KUHN; and DOES 1 through 100, inclusive, | |
| Defendants. | Complaint Filed: 3/16/15 |
| _____/ | |

///
///
///

{01581807.DOCX}                                                  1
**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Defendants be allowed to up to twenty-seven (27) pages for their Memorandum of Points and Authorities in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

2. Any opposition to said motion may also be up to twenty-seven (27) pages in length; and

3. Any reply shall not exceed fifteen (15) pages.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01581807.DOCX}   2
ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT