**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEARS, | CASE NO.: 2:15-CV-00589-MCE-CMK |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER** |
| v. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE; ANDY DUCH; JOHN KUHN; and DOES 1 through 100, inclusive, | Complaint Filed: 3/16/15 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff MICHAEL SEARS ("Plaintiff") and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH, and JOHN KUHN ("Defendants") through counsel of record. The Parties have conferred and agree to continue the discovery deadline date for 20 days, from February 13, 2017, to March 5, 2017, for the limited purpose of completing the deposition of Deputy Dan Angel. The parties have good cause to request an extension for this limited purpose. Defendants desire to preserve Deputy Angel's testimony in the event the Court does not grant Defendants' Motion for Summary

{01642624.DOCX}                             1
**STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER**

Judgment in its entirety. Defendants attempted to take Deputy Angel's deposition prior to the current discovery deadline, February 13, 2017, but Deputy Angel and/or his counsel were not available. Through his counsel, Deputy Angel has requested that Defendants take his deposition in late February or early March, 2017, because he is currently dealing with some personal issues. Defendants have agreed to accommodate the request if the Court is willing to extend the discovery deadline.

**IT IS SO STIPULATED.**

Dated:  February 2, 2017               PORTER SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By _____/s/ Stephen E. Horan_____
                                            Stephen E. Horan
                                            William E. Camy
                                            Attorney for Defendants COUNTY
                                            OF BUTTE, BUTTE COUNTY
                                            SHERIFF'S OFFICE, ANDY DUCH
                                            and JOHN KUHN


                                        MASTAGNI HOLSTEDT
                                        A PROFESSIONAL CORPORATION

                                        By _____/s/ Grant A. Winter_____
                                            Grant A. Winter
                                            Attorney for Plaintiff
                                            MICHAEL SEARS

**ORDER**

Based upon the Stipulation of the parties:

   1.    The discovery deadline is continued from February 13, 2017, to March 5, 2017, for the limited purpose of taking Deputy Dan Angel's deposition.

**IT IS SO ORDERED.**

**Dated:  February 2, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE