DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
GRANT A. WINTER (SBN 266329)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff MICHAEL SEARS

**PORTER SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEARS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF BUTTE;<br>BUTTE COUNTY SHERIFF'S OFFICE;<br>ANDY DUCH;<br>JOHN KUHN; and,<br>DOES 1 through 100 inclusive,<br><br>  Defendants. | Case No. 2:15-cv-00589-MCE-CMK<br><br>**STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR EXPERT WITNESS DISCLOSURE; ORDER THEREON** |

Plaintiff Michael Sears and Defendants the County Of Butte, the Butte County Sheriff's Office, Andy Duch, and John Kuhn (hereinafter collectively "Defendants"), hereby stipulate to the following:

///

1   On August 12, 2015, the Court issued a Pretrial Scheduling Order setting forth dates and deadlines for litigation events in this case. A deadline of April 12, 2017 was set for Disclosure of Expert Witnesses. The Pretrial Scheduling Order also included a trial date of February 12, 2018.

On or about August 10, 2016, Defendants filed a Motion for Summary Judgment. All opposition and reply papers have been submitted by the parties in relation to that motion. The last scheduled hearing on that Motion was set for January 12, 2017. On January 11, 2017, the Court issued a Minute Order vacating the January 12, 2017 hearing for the Motion for Summary Judgment. That Minute Order also vacated the February 12, 2018 trial date. As of the time of filing this stipulation, the Court has not issued an order regarding Defendant's Motion for Summary Judgment.

The parties hereby stipulate that, provided the Court grants its consent, the deadline for Disclosure of Expert Witnesses shall be continued until after the Court issues a ruling on Defendants' currently pending Motion for Summary Judgment. The parties believe this is warranted because, depending on the Court's ruling, certain issues and/or causes of action may no longer be at issue in the case following the ruling. Thus, the parties desire to avoid incurring the potentially unnecessary expense of retaining experts and commissioning reports concerning issues that may no longer be relevant after the issuance of the ruling.

For these reasons, the parties request that the Court order that the deadline for Disclosure of Expert Witnesses be continued until forty-five days after the Court issues its ruling on the currently pending Motion for Summary Judgment.

///

///

///

STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR EXPERT WITNESS DISCLOSURE; ORDER THEREON

IT IS SO STIPULATED.

Dated:  March 31, 2017                              PORTER SCOTT


                                         By:   /s/_____
                                               William E. Camy
                                               Attorneys for Defendants COUNTY OF BUTTE;
                                               BUTTE COUNTY SHERIFF'S OFFICE; ANDY
                                               DUCH; and, JOHN KUHN



Dated: March 31, 2017                               MASTAGNI HOLSTEDT, APC


                                         By:   /s/_____
                                               Grant A. Winter
                                               Attorneys for Plaintiff MICHAEL SEARS


**ORDER**

Having considered the parties' stipulated joint request to continue the deadline for the Disclosure of Expert Witnesses, the Court finds good cause for the continuance.

It is ordered that the Disclosure of Expert Witnesses shall take place not later than forty-five days after the Court rules on Defendants' currently pending Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  April 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR EXPERT WITNESS DISCLOSURE; ORDER THEREON