**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

DAVID P. MASTAGNI, SBN 57721
PHILLIP R.A. MASTAGNI, SBN 238254
GRANT A. WINTER, SBN 266329
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
TEL: (916) 446-4692
Attorneys for Plaintiff MICHAEL SEARS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEARS, | CASE NO.: 2:15-cv-00589-MCE-CMK |
| Plaintiff, | **STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINE, EXPERT DISCOVERY CUTOFF, AND ALL DATES RELATED TO EXPERT DISCOVERY; ORDER THEREON** |
| v. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE; ANDY DUCH; JOHN KUHN; and DOES 1 through 100, inclusive, | |
| Defendants. | |
| _____/ | Complaint Filed: 3/16/15 |

This Stipulation is entered into by and between Plaintiff MICHAEL SEARS ("Plaintiff") and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH, and JOHN KUHN ("Defendants") through counsel of record. The Court previously set the deadline for Disclosure of Expert Witnesses to be November 3, 2017, which was 45 days after the Court's order on Defendants' Motion for Summary Judgment. The Parties have conferred and agreed to attend mediation with mediator David Perrault on December 14, 2017. The parties have further agreed and seek an order from the Court continuing the deadline for the Disclosure of Expert Witnesses to be 120 days after mediation, or April 13, 2018. Such extension will allow the parties, in the event the case were to resolve at mediation, to avoid incurring costs on expert witnesses, if any, and commissioning reports prior to mediation. The date for trial is not currently set and the parties' Joint Notice of Trial Readiness is due October 19, 2017. The parties submit good cause exists to extend the deadline for the Disclosure of Expert Witnesses for this purpose.

**IT IS SO STIPULATED.**

Dated: October 23, 2017

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ Stephen E. Horan*
    Stephen E. Horan
    William E. Camy
    Attorney for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

MASTAGNI HOLSTEDT
A PROFESSIONAL CORPORATION

By  */s/ Grant A. Winter (authorized 10/11/17)*
    Grant A. Winter
    Attorney for Plaintiff
    MICHAEL SEARS

{01729038.DOCX} 2
**STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINE, EXPERT DISCOVERY CUTOFF, AND ALL DATES RELATED TO EXPERT DISCOVERY; ORDER THEREON**

# **ORDER**

Based upon the Stipulation of the parties:

    1.    The expert discovery deadline is continued from November 3, 2017, to April 13, 2018.

**IT IS SO ORDERED.**

**Dated: October 23, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE