**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

DAVID P. MASTAGNI, SBN 57721
PHILLIP R.A. MASTAGNI, SBN 238254
GRANT A. WINTER, SBN 266329
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
TEL: (916) 446-4692
Attorneys for Plaintiff MICHAEL SEARS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEARS, | CASE NO.: 2:15-CV-00589-MCE-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE; ANDY DUCH; JOHN KUHN; and DOES 1 through 100, inclusive, | **Date:** April 26, 2018<br>**Time:** 10:00 AM<br>**Judge:** Edmund F. Brennan<br>**Court Rm.:** 8 |
| Defendants. | |
| _____/ | Complaint Filed: 3/16/15 |

/ / /

{01809220.DOCX}  1

**STIPULATION AND
ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**

This Stipulation is entered into by and between Plaintiff MICHAEL SEARS ("Plaintiff") and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH, and JOHN KUHN ("Defendants") through counsel of record.

The parties agree the Mandatory Settlement Conference should be continued to a date after discovery has closed and expert disclosures have been made. The parties have conferred and are available for a Mandatory Settlement Conference with Judge Brennan on August 9, 2018, at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: April 19, 2018

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ Stephen E. Horan*
    Stephen E. Horan
    William E. Camy
    Attorneys for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

Dated: April 11, 2018

MASTAGNI HOLSTEDT
A PROFESSIONAL CORPORATION

By  */s/ Grant A. Winter* (authorized 04/11/18)
    Grant A. Winter
    Attorney for Plaintiff
    MICHAEL SEARS

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01809220.DOCX}

2

**STIPULATION AND
ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**

## ORDER

Based upon the Stipulation of the parties, the Mandatory Settlement Conference currently scheduled for April 26, 2018, is vacated and rescheduled for August 9, 2018, at 10:00 a.m. before Judge Brennan.

**IT IS SO ORDERED.**

**Dated: April 19, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE