DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
GRANT A. WINTER (SBN 266329)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff MICHAEL SEARS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEARS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE;<br>BUTTE COUNTY SHERIFF'S OFFICE;<br>ANDY DUCH;<br>JOHN KUHN; and,<br>DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:15-cv-00589-MCE-CMK<br><br>**STIPULATED ORDER TO SHORTEN TIME ON HEARING REGARDING DISCOVERY DISAGREEMENTS** |

**STIPULATION AND REQUEST FOR ORDER SHORTENING TIME**

Defendants County of Butte, Butte County Sheriff's Office, Andy Duch and John Kuhn ("Defendants") and Plaintiff Michael Sears ("Plaintiff"), hereby stipulate to waive the twenty-one-day notice period regularly required for motions dealing with discovery matters (Local Rule 251(a)), and hereby request that the Court issue an order shortening time for a hearing on certain currently pending discovery disagreements between these parties.

At issue are (1) Plaintiff's notice of depositions of Sheriff Kory Honea, Lieutenant Steve Boyd, Deputy Jack Berry, Butte County District Attorney Mike Ramsey, and Butte County Counsel Bruce Alpert; and (2) Defendants' notice of the deposition of Plaintiff Mike Sears. The

parties have met and conferred at length as to whether each of the foregoing depositions should be permitted. The parties have also worked together and substantially completed a Joint Statement Regarding Discovery Dispute, which will be ready to file very shortly should the Court grant this request to shorten time.

In essence, the Plaintiff and the Defendants each seek orders compelling the depositions their own side set and preventing the depositions the other side set. Specifically, and for reasons set forth in the parties' Joint Statement Regarding Discovery Dispute, the parties seek relief as follows:

Plaintiff Sears seeks orders compelling the depositions of Sheriff Kory Honea, Lieutenant Steve Boyd, Deputy Jack Berry, Butte County District Attorney Mike Ramsey, and Butte County Counsel Bruce Alpert, and an order denying the Defendants' requests to prevent those depositions from going forward. Plaintiff Sears also seeks an order preventing the Defendants from taking Sears' deposition and an order denying the Defendants' request to compel his deposition to go forward.

Defendants seek an order compelling the deposition of Mr. Sears to go forward, and an order denying Mr. Sears' request to prevent his deposition from occurring. Defendants also seek orders preventing the depositions of Sheriff Kory Honea, Lieutenant Steve Boyd, Deputy Jack Berry, Butte County District Attorney Mike Ramsey, and Butte County Counsel Bruce Alpert from going forward, and denying Sears' requests for orders compelling those depositions to go forward.

The parties have stipulated and agree to waive the regular notice period for a noticed motion. Pursuant to instructions and availability provided by Judge Kellison's Chambers, the parties are available for a hearing on June 7, 2018 at 10:00 AM, and will submit their Joint Statement not later than June 6, 2018 at 10:00AM.

On or about March 30, 2018, this case was re-opened for limited discovery until June 15, 2018. The Parties have diligently pursued their discovery efforts since the re-opening of discovery, but due to the limited time period that discovery has been reopened, the Parties have not been able to resolve these disputes without resorting to a request to shorten time for these

matters to be heard.

IT IS SO STIPULATED.

Dated: June 4, 2018  PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ _____

*Stephen E. Horan*
*William E. Camy*
*Attorney for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN*

Dated: June 4, 2018  MASTAGNI HOLSTEDT, APC

By   /s/ _____
Grant A Winter
Attorney for Plaintiff
Michael Sears

## **ORDER**

Based on the foregoing stipulation to waive the regular notice period for a motion concerning the discovery disagreements between the parties' and the parties' request to shorten time, the Court finds that there is good cause to shorten time to hear the parties discovery disputes, and hereby schedules a hearing for June 7, 2018 at 10:00AM. All parties may attend telephonically. The parties to the dispute must submit their Joint Statement Regarding Discovery Dispute not later than 10:00AM on June 6, 2018.

IT IS SO ORDERED.

Dated: June 4, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE