**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 75684
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621
FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SEARS, | CASE NO.: 2:15-cv-00589-MCE-DMC |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE; ANDY DUCH; JOHN KUHN; and DOES 1 through 100, inclusive, | Complaint Filed: 3/16/15 |
| Defendants. / | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

/ / /

/ / /

{01919651.DOCX}  1

**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Dated: November 13, 2018  PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ William E. Camy
     Stephen E. Horan
     William E. Camy
     Attorneys for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, ANDY DUCH and JOHN KUHN

Dated: November 13, 2018  MASTAGNI HOLSTEDT, A.P.C

By   /s/ Grant Winter (authorized 11/9/18)
     Grant Winter
     Attorneys for Plaintiff MICHAEL SEARS

## ORDER

In accordance with the going stipulation pursuant to F.R.CIV.P.41(a)(1)(A)(ii), this action is ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{01919651.DOCX}  2

**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON**